[No. 6,559.—Department No. 2.]

## GEE *v.* TERRIO.

BILL OF EXCEPTIONS. — A bill of exceptions settled and agreed to by the attorneys, but not signed by the judge, *held* to be insufficient, and the judgment affirmed.

APPEAL from a judgment of nonsuit in the Sixth District Court, County of Sacramento.

The facts are stated in the opinion.

*L. S. Taylor*, for Appellant.

*Grove L. Johnson*, for Respondent.

MYRICK, J.:

This is an appeal from a judgment of nonsuit.    There is in the transcript what purports to be a bill of exceptions, settled and agreed to by the attorneys for the respective parties, but not by the Judge.    The Code requires that the bill of exceptions be settled by the judge who presided at the trial, instead of by agreement of the parties.    No error appears in the record.

Judgment affirmed.

SHARPSTEIN, J., and MORRISON, C. J., concurred.